RECEIVED 2025 AUG 21 PM04:02 CLERK U.S. DISTRICT COURT

Your Name: Tanbeer Singh Brar
Your Address: 4735 Panama lane Suite D, Bakersfield CA 93313
Phone Number: 463-204-5118
Email Address: TBUSA97@outlook.com
Pro Se Plaintiff Self representanter

FILED
AUG 21 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tanbeer Singh Brar<br>Plaintiff,<br><br>v.<br><br>Apple inc<br>Defendant. | CV25-7112<br>Case Number [leave blank]<br>SVK<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br>Yes ☐ No ☐ |

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Tanbeer Singh Brar
Address: 4735 Panama lane Suite D3 Bakersfield CA 93313
Telephone: 4632045118

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:
Name: APPLE INC
Address: One Apple park way, Cupertino, CA 95014
Telephone: ~~408-~~ 800-692-7753

Defendant 2:

Name: ____________________

Address: ____________________

Telephone: ____________________

Defendant 3:

Name: ____________________

Address: ____________________

Telephone: ____________________

## II. JURISDICTION See attachment # A2 For Jurisdiction

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

____________________

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☑ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in ____________________________ County, it should be assigned to the ______________________________ Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

I am suing Business Apple inc who has main headquater in this district and unlawful withhold to my products (hardwares, softwares) were provided through this headquater and withhold to my products (hardwares, softwares) in this headquaters of Apple inc which is in this Jurisdiction of districtcourt.

The main ground of accussing is voilation of my privacy and policies and securities and breach of my data which cause effect risk to my saftey and security and loss and damages in multiple ways.

RECEIVED
2025 AUG21 PM04:23
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA.

I am Suing Apple inc for following Cause of Action.

FIRST CAUSE

(1) My work or/and Contribution in the improvement of online securities, policies and safety of iphone as an computer engineer, to which Apple inc have to pay me.

(2) SECOND CAUSE

Breaching of my Online privacy and policies and breaching of my data, and by violating my privacy policies by withholding to the products Apple inc taken away most important information about cons and pros of their products and got information of all defects of their products and proceed to fix it, which is first cause of action and this cause of 2nd action is breach of my data in which apple inc including with information about their products (hardware and software) apple inc also stole my most important my data which was stored in my iphones and iclouds.

(3) THIRD CAUSE OF ACTION

Third cause of action promotion of the crime, Apple inc breach my data in which there was my personal stuff of my family court case matter which was in the lower court of county of Kern california family court, Apple inc not only Promote my data of crime, Apple inc also interfere.

RECEIVED
2025 AUG21 PM04:24
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

## (4) FOURTH CAUSE OF ACTION

The fourth cause of action I am accussing apple inc to tamper in the crime evidences which was my data and saved in the iphone and iclouds which was tampored by pampering into the products (Hardwares and softwares and mobile applications and links, and URL's and all websites start pampering through the hardwares and softwares and source was always only iphones of apple inc.

## (5) FIFTH CAUSE OF ACTION

The fifth cause of action I suing Apple inc for violations which the court case is already filed in the 5th Eastern district court of california case # 1:25-CV-00503-JLT-CDB and this cause of action # 5 will not going to claim in this action and from this court The claim of action cause of violation of my rights by pampering with products already claimed in above mentioned ca[se]

2025 AUG21 PM04:24
CLERK US DISTRICT COURT
NO. DIST OF CA

(6) SIXTH CAUSE OF ACTION

This action will going to file seperately.

The Sixth cause of action I am accussing Apple inc for my accounts at Goldman Sach bank UTAH for stocks and for equities which was since the year of 2022 my stocks and my equities for the business Apple inc, In which by withholding rights to my all iphones by violating my Privacy and policies changed my login information for my accounts to login into and change informations to reset passwords and change information to enter into my accounts.

REQUEST FOR ORDERS

I am requesting to the Court to provide me more time to file in the brief with all accurate evidences in all cause of actions.

RECEIVED
2025 AUG 21 PM 4:24
CLERK US DISTRICT COURT
NO. DIST. OF CA

## VI. CLAIMS

**First Claim**

Name the law or right violated: Against privacy Policy act of USA Violation Privacy Policies and data breach by withhold to the hardwares and softwares.

Name the defendants who violated it:

APPLE INC

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I am requesting total sum of amount $103 Million US dollars in the cause of actions # 1, 2, 3, 4 for First Four cause of actions together amount is One hundred and three million US dollars and I will provide detail in brief about all actions and causes and how this amount is requested and right now the respected court have to consider only that, defendant have ~~to~~ liable to pay me this amount and defendant owe sum amount of money to me.

RECEIVED
2025 AUG21 PM04:23
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

________________ **Claim**

Name the law or right violated: Once Product sold in Market, no any consumer can withhold any rights to the product (Hardware, software)

Name the defendants who violated it: Apple inc

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

I am an Engineer, Professional bachelor degree holder of computer Science engineer, and I am requesting to the Court to Provide me more time to file evidences and brief. See attachments for affidavits Jurisdiction and Statements 2 affidavits.

This action is only to claim for cause of actions 1 to 4 and cause of action number 5 and 6 is only mentioned to Provide information to the Court for my all ongoing issues with defendant Apple inc

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I am demanding all together for cause of actions 1 and 2 and 3 and 4 total $ 103 million US dollars (one hundred ~~million~~ and three million U.S dollar.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: August 20, 2025 Sign Name: [signature]

Print Name: Tanzer Sayh Bran

RECEIVED
2025 AUG21 PM04:22
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Copy this page and insert it where you need additional space.

I am requesting more time to file evidence of withholding unlawfull rights to the products by Apple inc and by withholding rights to the products (Hardware and softwares) which was used by me, Apple inc continuing keep violating my privacy and policy and keep breaching my all data and keep getting my all information which was most important information and which result with depriving of my rights as victim of crime, the data which was promote by Apple inc relate to the crime and stole my all other informations and data.

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

# WRITING AND FILING A CIVIL COMPLAINT

This Complaint template was prepared by the Justice & Diversity Center, a nonprofit organization, and is not an official court form. It can be used by persons who are not incarcerated to file civil lawsuits in the Northern District Court of California. Incarcerated persons filing civil complaints about treatment related to and/or involving their incarceration, should refer to the Court's instructions found at https://www.cand.uscourts.gov/pro-se-litigants/forms-for-prisoners/. The Complaint template provides guidance only and does not guarantee any result in your case.

## ★ HOW TO GET LEGAL INFORMATION & ADVICE

This template provides general guidance. It does NOT tell you everything you need to know about filing and serving a Complaint. Before filing your Complaint, make an appointment for free legal information and advice at one of the Legal Help Centers listed below.

**APPOINTMENTS – Based on the Courthouse where complaint was filed**

- SAN FRANCISCO, OAKLAND, OR EUREKA-MCKINLEYVILLE
  Federal Pro Bono Project | fedpro@sfbar.org | (415) 782-8982
  **NOTE:** Contact for scheduling only – no legal advice is given when scheduling.
- SAN JOSE
  Federal Pro Se Program | (408) 297-1480
  Drop-in hours Tuesday and Thursday from 9:00 a.m. to 4:00 p.m.
  280 South 1st Street, 2nd Floor, Room 2070, San Jose

## ★ UNDERSTANDING LAWS & RULES

The Legal Help Centers (see above) are the best resource for people without lawyers. There are other resources for understanding the laws and rules of the Court:

1. **Handbook for Pro Se Litigants** – The Handbook is a procedural guide for people who are representing themselves. It was prepared by the Court and is available at the Clerk's Office or on the Court's website at: https://www.cand.uscourts.gov/pro-se-handbook/.
2. **Legal Research Guide for Pro Se Litigants** – The Guide provides information for people who are representing themselves about how to do legal research, like finding statutes and decisions in other cases. It was prepared by the Justice & Diversity Center and is available at the Legal Help Centers and at: https://www.cand.uscourts.gov/pro-se-litigants/legal-help-center-templates-packets/
3. **Federal Rules of Civil Procedure** – These Rules explain the procedures from filing through trial for all civil cases in the federal courts across the country and are available at: https://www.uscourts.gov/rules-policies.
4. **Civil Local Rules** – The Civil Local Rules follow the same numbering as the Federal Rules of Civil Procedure, but generally provide more detail. They apply in this District only and are available at: https://www.cand.uscourts.gov/rules/civil-local-rules/

Justice & Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## ★ DOCUMENTS TO PREPARE

Along with your Complaint, you need to file some official court forms. These forms are also available at the Legal Help Centers (see page 1), and in a fillable pdf version on the Court's website at: https://www.cand.uscourts.gov/pro-se-litigants/legal-help-center-templates-packets/

- ☐ **Complaint** – See instructions below.
  - ✪ This is a *general* complaint template. Other types of complaint templates are available at the Legal Help Centers. Persons who are incarcerated must use a different, official Court form.
- ☐ **Civil Cover Sheet** – Information form for the Court's internal records.
- ☐ **Summons with Proof of Service** – The Clerk must sign and stamp the summons you have prepared – the completed summons and complaint will be served on the defendant.
- ☐ **Application to Proceed in Forma Pauperis** – Request that the court waive the $405 filing fee, if you cannot afford to pay it.

## ★ HOW TO COMPLETE THE COMPLAINT TEMPLATE

1. **Know Your Deadlines** – You have limited time to file your complaint. If you are not sure of the deadline, contact the Legal Help Centers (see page 1).
2. **Review Instructions** – In the Complaint template, instructions are provided in italics to guide you. Please read these, as well as Chapter 4 of the Handbook for Pro Se Litigants (see page 1).
3. **Provide Basic Information** – Complete pages 1-3 of the Complaint, which provide the Court with information about you (the plaintiff) and the person or entity you are suing (the defendant), the law you are suing under, and why this Court is the correct one to decide this case.
4. **Write Out the Facts** – Write a short and simple description of what happened that caused you to file this case. Put each fact into a separate, numbered paragraph, starting with paragraph 6. It is usually best to write the facts in the order that they happened. Start with the earliest time and continue until the most recent event. Include where and when each event happened, who was involved, and what role each defendant played. If you need more pages for your facts, a blank page for copying is at the end of this packet.
5. **Write Out the Claims** – A "claim" explains what kind of legal right you are suing about. You may have one claim or several. For each claim, write in the law or right that was violated. Then, write in the name of the defendant who violated that law. Complete your claim by explaining what the law allows or doesn't allow, what the defendant did to violate that law, and the ways in which you were harmed by what the defendant did. Put each statement into a separate, numbered paragraph. You can briefly repeat facts from your statement of facts. You do not need to include legal arguments or case law. There are two claim templates in this packet. If you have more than two claims, a blank page for copying is included at the end. If you need help identifying and understanding your claims, make an appointment at the Legal Help Center (see page 1).

6. **Attachments** – You may attach documents to the end of this Complaint as exhibits, but it is not required. If you do attach an exhibit, explain what it is and how it supports your claim. Attaching a document to your Complaint does not necessarily mean that it will be accepted as evidence, and it does not mean that you should leave anything out of the written portion of your Complaint. An exhibit is not a substitute for writing out the details of your claims.

7. **Identify Your Demands**

   a. **Demand for Relief** – Complete the Demand for Relief section on the signature page by writing in what you would like the Court to do for you.

   b. **Demand for Jury Trial** – If you would like to request a jury trial at the end of your case, check the boxes for Demand for Jury Trial on the front and last pages. Not all claims go to a jury trial.

8. **Number the Pages** – Count the number of pages in your final Complaint. In the bottom left corner of each page, insert the page number and the total.

9. **Review and Sign Your Complaint** – Read your Complaint, making sure all blanks are filled in, and to confirm that all of the statements are true. Each plaintiff must sign the complaint. Add an additional signature line for any other plaintiffs.

## ★ FILING & SERVING YOUR DOCUMENTS

1. **Copies** – Make two copies. Once you have filled out and signed your Complaint, Civil Case Cover Sheet, Application to Proceed in Forma Pauperis (if needed), and prepared the Summons for the Clerk, make two copies of each document. On one copy of each document, write "Chambers" on the top in pen.

2. **Court** – Deliver or mail the original plus two copies of each form to the Clerk's Office at the federal courthouse where you are filing your case. The Clerk will take the original and the copy marked "Chambers" of each document. The other copy is for you to keep after it is stamped by the Clerk. If you file by mail, include a self-addressed, stamped envelope so that the Clerk can send a copy of each document back to you.

3. **Defendant(s)** – Serve the Complaint. Be sure that the Complaint, Summons, and the documents you received from the Clerk are served on each defendant.

   a. **Filed Application** – If you filed an Application to Proceed in Forma Pauperis and it is granted, the Court will normally order the U.S. Marshals to serve each defendant.

   b. **Did Not File Application** – If you did not file an Application to Proceed in Forma Pauperis, you will need to have someone serve each defendant. For more information on service, contact the Legal Help Center (see page 1) or read Chapter 8 of the Handbook for Pro Se Litigants.

## ★ STAY UP TO DATE

1. **Communications** – Check your mail and tell the Court if you move. You must file a notice with the Clerk right away if your mailing address, email, or phone number changes or you may miss important deadlines, causing you to lose your case.

2. **Tracking** – Keep track of your case. A list of the documents that have been filed, and (usually) the documents themselves can be viewed online. Review the Pro Se Handbook Chapter 7 and contact the Legal Help Center to learn to access documents.

3. **Guidance** – Visit the Legal Help Center for more information about what happens next.

## ★ TIMELINE: FIRST STEPS IN A CIVIL CASE

This timeline lists the first few things that happen in a civil case. The Legal Help Centers (see page 1) can provide guidance about these steps and have many additional templates for documents you may need to file during this time and throughout your case.

