UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANBEER SINGH BRAR,

          Plaintiff,

     v.

APPLE INC.,

          Defendant.

Case No.  25-cv-07112-EKL

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

Plaintiff's complaint and amended complaint, ECF Nos. 1, 14, were previously dismissed by the Court, ECF Nos. 9, 21.  After dismissing the first amended complaint, the Court set a deadline of December 22, 2025, for Plaintiff to file a second amended complaint.  ECF No. 21. On December 22, 2025, the Court extended Plaintiff's deadline to file his second amended complaint to January 14, 2026.  ECF No. 26.  As of the date of this Order, Plaintiff has not filed his second amended complaint.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than March 9, 2026, why the case should not be dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  Alternatively, Plaintiff may file his second amended complaint by March 9, 2026. **If Plaintiff fails to do so, the action may be DISMISSED without prejudice for failure to prosecute.**

     **IT IS SO ORDERED.**

Dated:  February 23, 2026

_____
EUMI K. LEE
United States District Judge