UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANBEER SINGH BRAR,

      Plaintiff,

   v.

APPLE INC.,

      Defendant.

Case No.  25-cv-07112-EKL

**ORDER OF DISMISSAL**

In this action, pro se Plaintiff Tanbeer Singh Brar alleges that Defendant Apple Inc. violated certain unspecified privacy laws.  Plaintiff's complaint and amended complaint, ECF Nos. 1, 14, were previously dismissed by the Court, ECF Nos. 9, 21.  After dismissing the first amended complaint, the Court set a deadline of December 22, 2025, for Plaintiff to file a second amended complaint.  ECF No. 21.  On December 22, 2025, the Court extended Plaintiff's deadline to file his second amended complaint to January 14, 2026.  ECF No. 26.  Because Plaintiff failed to file a second amended complaint by the extended deadline, the Court ordered him to, by March 9, 2026, either (1) show cause as to why this action should not be dismissed for failure to prosecute; or (2) file a second amended complaint.  ECF No. 28.  The deadline has passed, and Plaintiff has not responded to the order to show cause, nor has he filed a second amended complaint.  Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

    **IT IS SO ORDERED.**

Dated:  March 11, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California